**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TOMAS BASORA,** | : | **CIVIL ACTION** |
| *Petitioner* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **JAMAL L. JAMISON, Warden of** | : | |
| **Philadelphia Federal Detention Center,** *et al.*, | : | |
| *Respondent***s.** | : | **NO. 26-4884** |

## <u>ORDER</u>

**NOW**, this **20th** day of **July 2026**, upon consideration of Petitioner Tomas Basora's Petition for Writ of *Habeas Corpus* Pursuant to 28 U.S.C. § 2241 (ECF No. 1), the Court's July 14, 2026 Order (ECF No. 2), and Respondents' Letter dated July 20, 2026 (ECF No. 4), it is hereby **ORDERED** that the Petition for Writ of *Habeas Corpus* (ECF No. 1) is **GRANTED** as follows:

1. For the reasons stated in this Court's and District's prior cases, *see, e.g.*, *Cantu-Cortes v. O'Neill* (No. 25-cv-6338); *Anirudh v. McShane* (No. 25-cv-6458); *Velazquez v. O'Neill* (No. 25-cv-6191), which Respondents concede are not materially distinguishable, *see* ECF No. 4, Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a).

2. On or before **<u>July 27, 2026</u>**, Respondents shall provide Petitioner with a bond hearing in accordance with 8 U.S.C. § 1226(a), at which the parties will be allowed to present evidence and argument regarding whether Petitioner is a danger to the community and presents a flight risk if not detained.

3. Any restrictions previously imposed on Petitioner's location by this Court are now **LIFTED** for the purpose of holding a bond hearing.

4.     If Respondents do not provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) on or before **July 27, 2026** as required herein, Petitioner shall be immediately released from detention while awaiting the bond hearing.

5.     The Parties shall file a Joint Status Letter updating the Court as to the results of the bond hearing, on or before **July 29, 2026, at 5:00 p.m.** Further, the Parties shall advise the Court in their Joint Status Letter whether any additional proceedings in this matter are required and submit any proposals for the scope of further litigation.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**