## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TOMAS BASORA,** | :    CIVIL ACTION |
|     *Petitioner* | : |
| | : |
| **v.** | : |
| | : |
| **JAMAL L. JAMISON, Warden of** | : |
| **Philadelphia Federal Detention Center,** *et al.*, | : |
|     *Respondent*s. | :    **NO. 26-4884** |

## ORDER

**AND NOW**, this **28th** day of **July 2026**, after review of the docket, upon consideration of

the Parties' Joint Status Letter (ECF No. 6), and there being nothing further before this Court, it is

hereby **ORDERED** that the Clerk of Court shall **CLOSE** the above-captioned matter. Any

restrictions previously imposed on Petitioner's location by this Court are now lifted.

 

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**